# UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA | *WARRANT FOR ARREST* |
| v. | |
| JOEL WATERS | 1:21-CR-112-DCN |

**RECEIVED**
By United States Marshals Service at 3:37 pm, Apr 15, 2021

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **JOEL WATERS** and bring forthwith to the nearest magistrate judge to answer **INDICTMENT** charging with the below listed violation.

18 U.S.C. § 2261A(1)(A) & (B) INTERSTATE STALKING
18 U.S.C. § 2261A(1)(A) & (B) CYBERSTALKING

<u>Kimberly Tudela, Deputy Clerk</u>

Name and Title of Issuing Officer



United States Courts
District of Idaho
**ISSUED**
*Kimberly Tudela*
*on Apr 15, 2021 12:30 pm*

---

**RETURN**

---

This warrant was received ___04.15.21___ and executed with the arrest of the above-name individual at _____.

Subject was taken into custody at Ada County Jail via FBI detainer
_____

_____    ___04.22.2021_____
Signature of Arresting Officer      Date of Arrest


_____
Name & Title of Arresting Officer